UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDY ENOS CAMERON,<br><br>　　　　Defendant. | NO. 2:16-CR-00021-JLQ<br><br>ORDER ON MOTION FOR PROTECTIVE ORDER |

　　　　BEFORE THE COURT is the Stipulated Motion for Protective Order (ECF No. 15) and the Government's Motion for Expedited Review (ECF No. 16). The Motions are **GRANTED**.

　　　　Pursuant to the Stipulation of the parties for the review of alleged child pornography, the procedures set forth in the Stipulation shall be followed. No copies of the alleged child pornography shall be made by any party, counsel, or agent without the prior permission of the court. No party shall remove any of the viewed images from the Government's reviewing facility without the prior permission of the court. Counsel for the Defendant and his agents shall be allowed to compile a report on removable media but without images/videos. The defense expert(s) shall be provided a CD/DVD burner and disks, if requested, to copy their report onto optical media.

　　　　**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

　　　　**DATED** this 9th day of February, 2016.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1