ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 3 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY ENOS CAMERON,<br><br>Defendant. | 2:16-CR-00021-JLQ<br><br>Preliminary Order of Forfeiture |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea to Count 2 of the Indictment, charging Defendant with Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2253, Defendant, RANDY ENOS CAMERON, shall forfeit to the United States any property, real or personal, used to or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

The Court has determined, based upon the Defendant's plea and plea agreement, that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between the assets listed below, and such offense:

(1)  Huewei Cell Phone, Serial No.: URX02159110077154;
(2)  Micro SD Card 8GB PNY C08G, Serial No.: DP0847120A06;
(3)  Micro SD Card 16GB Toshiba, Serial No.: 1519RA0099N; and,
(4)  Micro SIM Card Sprint, Serial No.: 89011200002040379724.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), the United States will

Preliminary Order of Forfeiture 1
Cameron PoF Receipt CP.docx

post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 3rd day of June, 2016.

Justin L. Quackenbush
Senior United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/Alison L. Gregoire

Alison L. Gregoire
Assistant United States Attorney

Preliminary Order of Forfeiture 2
Cameron PoF Receipt CP.docx